■ GINA PAVONE, Appellant, v WEST ISLIP CVS, INC., Defendant and Third-Party Plaintiff-Respondent. JA-TO BUILDING CONTRACTORS et al., Third-Party Defendants-Respondents. (And a Second Third-Party Action.) [699 NYS2d 901] —In an action to recover damages for personal injuries, the plaintiff appeals from so much of an order of the Supreme Court, Suffolk County (Doyle, J.), dated October 1, 1998, as granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed insofar as appealed from, with one bill of costs.

The defendant made out a prima face case for summary judgment. In opposition, the plaintiff did not raise any triable issues of fact. Accordingly, the Supreme Court properly granted the defendant's motion for summary judgment dismissing the

complaint (*see, Zuckerman v City of New York,* 49 NY2d 557). S. Miller, J. P., O'Brien, McGinity and Feuerstein, JJ., concur.